USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/05/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

JOSHUA ADAMS,

                                Plaintiff,

          -against-

64 DOWNING STREET LLC and SARPAR LLC,

                            Defendants.

-------------------------------------------------------------X

22-CV-6878 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS on August 23, 2022, Plaintiff sued 64 Downing Street LLC and Sarpar LLC, alleging that Plaintiff was "den[ied] access to, and full and equal enjoyment of the goods and services of the Facility," in violation of the Americans with Disability Act ("ADA"), Dkt. 1;

      WHEREAS on November 2, 2022, the parties notified the Court that they reached an agreement in principle resolving all issues, Dkt. 29;

      WHEREAS on November 3, 2022, the Court ordered Plaintiff to move for leave to amend the complaint to adequately allege standing, *see* Dkt. 32; and

      WHEREAS on November 14, 2022, Plaintiff moved to amend the complaint and filed a proposed amended complaint as an exhibit that adequately alleges standing, *see* Dkt. 33.

      IT IS HEREBY ORDERED THAT all previously scheduled conferences and other deadlines are CANCELLED.

      IT IS FURTHER ORDERED that Plaintiff must file the proposed Amended Complaint not later than **December 6, 2022.**

IT IS FURTHER ORDERED that if Plaintiff files the Amended Complaint, pursuant to the parties' agreement this case will be DISMISSED with prejudice and without costs (including attorneys' fees) to either party.

**SO ORDERED.**

**Date:  December 5, 2022**
      **New York, New York**

**VALERIE CAPRONI**
**United States District Judge**