```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/06/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSHUA ADAMS,                                           :
                              Plaintiff,                :        22-CV-6878 (VEC)
              -against-                                 :
                                                        :        ORDER
                                                        :
64 DOWNING STREET LLC and SARPAR LLC,                   :
                                                        :
                              Defendants.               :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on August 23, 2022, Plaintiff sued 64 Downing Street LLC and Sarpar LLC, alleging that Plaintiff was "den[ied] access to, and full and equal enjoyment of the goods and services of the Facility," in violation of the Americans with Disability Act ("ADA"), Dkt. 1;

    WHEREAS on November 2, 2022, the parties notified the Court that they reached an agreement in principle resolving all issues, Dkt. 29;

    WHEREAS on November 3, 2022, the Court ordered Plaintiff to move for leave to amend the complaint to adequately allege standing, *see* Dkt. 32; and

    WHEREAS on November 14, 2022, Plaintiff moved to amend the complaint and filed a proposed amended complaint as an exhibit that adequately alleges standing, *see* Dkt. 33.

    WHEREAS on December 5, 2022, the Court ordered Plaintiff to file the proposed amended complaint as an amended complaint, Dkt. 34; and

    WHEREAS Plaintiff filed the Amended Complaint on December 6, 2022, *see* Dkt. 38.

    IT IS HEREBY ORDERED that this case is DISMISSED with prejudice and without costs (including attorneys' fees) to either party. The Clerk of Court is respectfully directed to terminate all open motions and to CLOSE the case.

Within **15 days** of this order, the parties may apply to reopen this case. Any such application must show good cause for holding the case open in light of the parties' settlement and must be filed within **15 days**. Any request filed after 30 days or without a showing of good cause may be denied solely on that basis.

Additionally, if the parties wish for the Court to retain jurisdiction to enforce their settlement agreement, they must submit **within the same 15-day period**: (1) their settlement agreement to the Court in accordance with Rule 7.A of the Court's Individual Practices and (2) a request that the Court issue an order expressly retaining jurisdiction to enforce the settlement agreement. *See Hendrickson v. United States*, 791 F.3d 354 (2d Cir. 2015).

**SO ORDERED.**

Date:  December 6, 2022                          _____
       New York, New York                      **VALERIE CAPRONI**
                                                      **United States District Judge**